```
ROBERT C. GEBHARDT (SBN 48965)
ANDREW M. SMITH (SBN 260671)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
T. CHRISTOPHER JOHNS; and
JOHNS & ALLYN, A.P.C.
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DeMARTINI; and RENATE DeMARTINI,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THOMAS CHRISTOPHER JOHNS; JOHNS & ALLYN, A.P.C.; and DOES 1 TO 30, inclusive,<br><br>　　　　Defendants. | Case No.: CV 12 3929 JCS<br><br>**DECLARATION OF T. CHRISTOPHER JOHNS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441 PURSUANT TO 28 U.S.C. § 1332**<br><br>State Action Filed: June 27, 2012 |

I, T. CHRISTOPHER JOHNS, declare as follows:

1.  I am an attorney duly licensed to practice before all courts in the State of California. I am a principal of Johns & Allyn, A.P.C. located in San Rafael, California.

2.  I am over 18 years of age and I have personal knowledge of the facts contained herein, except as otherwise stated on information and belief, and as to such facts I am informed and believe they are true. If called as a witness, I could and would competently testify thereto.

3.  On or about October 24, 2008, Johns & Allyn, A.P.C. entered into an "Attorney-Client Fee Agreement" (hereinafter "Fee Agreement") with Plaintiff MICHAEL DeMARTINI to provide legal representation with respect two matters pending in the Superior Court of California, in and for the County of Marin, entitled *Timothy P. DeMartini, et al. v. Michael*

-1-
DECLARATION OF T. CHRISTOPHER JOHNS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441 PURSUANT TO 28 U.S.C. §1332

910148.1

*DeMartini, et al.* bearing Case Nos. CIV 085234 and CIV 085235. Shortly thereafter, on November 7, 2008, Plaintiff RENATE DeMARTINI signed the same Fee Agreement and became a party to the contract for legal representation. Pursuant to the terms of the Fee Agreement, Johns & Allyn, A.P.C. agreed to provide legal representation to Plaintiffs on the above matters for monetary reimbursement at an agreed hourly rate.

4. Plaintiffs MICHAEL AND RENATE DEMARTINI were residents of Reno, Nevada at the time they entered into the Fee Agreement. It is my belief that Plaintiffs are still residents of the State of Nevada.

5. At all relevant times, Johns & Allyn, A.P.C. performed satisfactory legal representation on behalf of Plaintiffs pursuant to the terms set forth in the Fee Agreement and subsequent modifications made thereto. In addition, regular invoices were sent to Plaintiffs in accordance with the terms of the Fee Agreement for payment of legal services rendered by Johns & Allyn, A.P.C.

6. Based upon the Fee Agreement and modifications thereto, Plaintiffs MICHAEL and RENATE DeMARTINI have incurred more than $300,000 in fees as a result of legal representation provided by Johns & Allyn, A.P.C in the Marin Superior Court matters, Case Nos. CIV 085234 and CIV 085235. The nature of the legal representation performed by Johns & Allyn, A.P.C. pertained to the partitioning of property, the value of which was appraised at amounts far in excess of the jurisdictional minimum of $75,000.

7. On or about July 6, 2012, I was informed of the existence of Plaintiffs' complaint in the Superior Court of California, in and for the County of Marin, entitled *Michael DeMartini, et al. v. Thomas Christopher Johns, et al. and Does 1 through 30*, bearing Case No. CIV 1202961 ("Complaint") and, thereafter I promptly obtained a copy of the Complaint. [A copy of the Complaint is attached hereto as Exhibit A.]

//

//

-2-
DECLARATION OF T. CHRISTOPHER JOHNS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441 PURSUANT TO 28 U.S.C. §1332

910148.1

8. To date, neither Johns & Allyn, A.P.C nor I have received formal service of Plaintiff's Complaint or Summons.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2012 at San Rafael, CA.

*[signature]*
T. Christopher Johns

DECLARATION OF T. CHRISTOPHER JOHNS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441 PURSUANT TO 28 U.S.C. §1332

910148.1

**EXHIBIT A**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>MICHAEL DEMARTINI and RENATE DEMARTINI<br>3362 Meridian Ct<br>Reno, Nevada 89509<br><br>TELEPHONE NO: 775-323-7202    FAX NO. *(Optional):* 775-323-8354<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | PLD-C-001<br>FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin<br>STREET ADDRESS: 3501 Civic Center Drive<br>MAILING ADDRESS: P.O. Box 4988<br>CITY AND ZIP CODE: San Rafael, CA 94913<br>BRANCH NAME: | |
| PLAINTIFF: Michael DeMartini and Renate DeMartini<br><br>DEFENDANT: Thomas Christopher Johns; and Johns & Allyn, A.P.C<br><br>[✓] DOES 1 TO 30 | FILED<br>JUN 27 2012<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: T Fraguero, Deputy |
| **CONTRACT**<br>[✓] COMPLAINT    [ ] AMENDED COMPLAINT *(Number):*<br>[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT *(Number):* | |
| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>    Amount demanded [ ] does not exceed $10,000<br>    [ ] exceeds $10,000 but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER:<br>CV 1202961 |

1. Plaintiff* *(name or names):*
   Michael DeMartini and Renate DeMartini
   alleges causes of action against defendant* *(name or names):*
   Thomas Christopher Johns and Johns & Allyn, A Professional Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5                                   **By Fax**
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff *(name):*
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity. *(describe):*
         (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*
      b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant *(name):* Johns & Allyn A.P.C.    [ ] except defendant *(name):*
         (1) [ ] a business organization, form unknown            (1) [ ] a business organization, form unknown
         (2) [✓] a corporation                                    (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*           (3) [ ] an unincorporated entity *(describe):*
         (4) [ ] a public entity *(describe):*                    (4) [ ] a public entity *(describe):*
         (5) [ ] other *(specify):*                               (5) [ ] other *(specify):*

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.                Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]                    **COMPLAINT—Contract**                    **SUMMONS ISSUED**



PLD-C-001

| SHORT TITLE: DeMartini, et al. v. Johns & Allyn, et al. | CASE NUMBER: |
|---|---|

4. *(Continued)*

   b. The true names of defendants sued as Does are unknown to plaintiff.
   
   (1) [✓] Doe defendants *(specify Doe numbers):* 1-15 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
   
   (2) [✓] Doe defendants *(specify Doe numbers):* 16-30 _____ are persons whose capacities are unknown to plaintiff.
   
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to    [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.

7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [✓] the contract was to be performed here.
   e. [✓] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   [✓] Breach of Contract
   
   [ ] Common Counts
   
   [✓] Other *(specify):* See attached.

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ According to proof
    b. [✓] interest on the damages
       (1) [✓] according to proof
       (2) [ ] at the rate of *(specify):*   percent per year from *(date):*
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [ ] other *(specify):*

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: June 27, 2012

Michael DeMartini; Renate DeMartini    ▶ /s/ _____
(TYPE OR PRINT NAME)                      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]       COMPLAINT—Contract                              Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DeMartini, et al. v. Johns & Allyn, et al. | |

First _____ CAUSE OF ACTION—Breach of Contract
(number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):* Michael DeMartini and Renate DeMartini

alleges that on or about *(date):* October 24, 2008
a [✓] written  [ ] oral  [ ] other *(specify):*
agreement was made between *(name parties to agreement):*
Michael DeMartini and Renate DeMartini; and Johns & Allyn, A.P.C. and Christopher Johns
[ ] A copy of the agreement is attached as Exhibit A, or
[✓] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [✓] are as follows *(specify):*

Johns & Allyn, A.P.C. and Thomas Christopher Johns agreed to provide legal services and represent Plaintiff relating to Marin County Superior Court Actions: (1) Timothy P. DeMartini, et al, v. Michael DeMartini and Renate DeMartini, et al., No. CIV 085234; and (2) Timothy P. DeMartini, et al. v. Michael DeMartini and Renate DeMartini, No. CIV 085235.

BC-2. On or about *(dates):*
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [✓] the following acts *(specify):*

Johns & Allyn, A.P.C and Thomas Christopher Johns, failed to represent Plaintiff, failed to comply with the terms of the agreement, breached the fiduciary duty to Plaintiff, and was negligent and, thus expressly and/or impliedly breaching the contract.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [✓] as follows *(specify):*
According to proof

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[✓] according to proof.

BC-6. [ ] Other:

Page ___3___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

SHORT TITLE:
DeMartini, et al. v. Johns & Allyn, et al.

Second CAUSE OF ACTION – NEGLIGENCE
ATTACHMENT TO: Complaint

Plaintiff: Michael DeMartini and Renate DeMartini

alleges that on or about October 23, 2008 – September 30, 2011, Defendant was negligent with regards to Plaintiff and that Plaintiff suffered damages according to proof and that Plaintiff is entitled to attorney fees by an agreement or a statute according to proof.

Page 4

CAUSE OF ACTION – NEGLIGENCE

SHORT TITLE:
DeMartini, et al. v. Johns & Allyn, et al.

Third CAUSE OF ACTION – BREACH OF FIDUCIARY DUTY
ATTACHMENT TO: Complaint

Plaintiff: Michael DeMartini and Renate DeMartini

alleges that on or about October 23, 2008 – September 30, 2011, Defendant breached a fiduciary duty to Plaintiff and that Plaintiff suffered damages according to proof and that Plaintiff is entitled to attorney fees by an agreement or a statute according to proof.

Page 5

CAUSE OF ACTION – BREACH OF FIDUCIARY DUTY