COOPER, WHITE & COOPER LLP
ROBERT C. GEBHARDT (SBN 48965)
  rgebhardt@cwclaw.com
SARAH J. BANOLA (SBN 223812)
  sbanola@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for Defendants
T. CHRISTOPHER JOHNS; and JOHNS AND ALLYN, A.P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DeMARTINI and RENATE DeMARTINI,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THOMAS CHRISTOPHER JOHNS; JOHNS & ALLYN, A.P.C.; and DOES 1 TO 30, inclusive,,<br><br>　　　　Defendants. | CASE NO. 3:12-CV-03929-JCS<br><br>**DECLARATION OF ROBERT C. GEBHARDT IN SUPPORT OF MOTION TO REOPEN CASE AND VACATE ARBITRATION AWARD**<br><br>Judge:　Magistrate Judge Joseph C. Spero<br>Date:　　November 21, 2014<br>Time:　　9:30 a.m.<br>Courtroom: G |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1005793.1

3:12-CV-03923-JCS

GEBHARDT DECLARATION ISO MOTION TO REOPEN AND VACATE ARBITRATION AWARD

I, Robert C. Gebhardt, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Cooper, White & Cooper LLP, attorneys of record for Defendants T. CHRISTOPHER JOHNS and JOHNS AND ALLYN, A.P.C. (hereinafter, "Respondents"). If called as a witness, I could and would competently testify to the facts stated herein which are based on my personal knowledge except where stated upon information and belief.

2. I was principal counsel representing Respondents in regard to malpractice cross-claims brought by Michael and Renate DeMartini ("Claimants" or the "DeMartinis") in malpractice arbitration proceedings pending before Arbitrator Carol J. Marshall, Esq. of the American Arbitration Association ("AAA") in San Francisco, AAA Case No. 7419448513 S1M. The cross-claims were filed in response to AAA arbitration initiated by Respondents to collect unpaid legal fees, AAA Case No. 74434E0014413. The cross-claims for malpractice were severed from the fee claim and heard in a bifurcated arbitration proceeding. Unless otherwise stated, the exhibits described in and attached to this declaration relate to the subject malpractice arbitration proceeding and award that Respondents challenge in this motion to reopen and vacate.

3. Attached hereto as Exhibit 23[1] is a true and correct copy of Michael and Renate DeMartini's Cross-Claims for Negligence, Breach of Contract, Breach of Fiduciary Duty, Breach of Confidence, Environmental Interference, and Locale, dated June 24, 2013.

4. Attached hereto as Exhibit 24 is a true and correct copy of Johns & Allyn, A.P.C. and T. Christopher Johns's Memorandum of Points and Authorities in Support of Motion for Summary Judgment, or in the Alternative, Summary Adjudication, filed on October 25, 2013.

5. Attached hereto as Exhibit 25 is a true and correct copy of the Order re: Summary Judgment Motion, dated January 8, 2014.

6. Attached hereto as Exhibit 26 are true and correct copies of pertinent excerpts to the reporter's transcript of proceedings, taken on January 16, 2014 in the bifurcated fees arbitration

---

[1] The exhibits to this declaration are being numbered consecutively following the exhibits to the Declaration of Thomas Christopher Johns in Support of Motion to Reopen Case and Vacate Arbitration Award.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1005793.1

3:12-CV-03923-JCS

GEBHARDT DECLARATION ISO MOTION TO REOPEN AND VACATE ARBITRATION AWARD

1 proceeding before Arbitrator Marshall, AAA 71940014413.

2   7.   Attached hereto as Exhibit 27 is a true and correct copy of Johns & Allyn, A.P.C. and T. Christopher Johns's Pre-Hearing Position Statement, filed on January 22, 2014.

  8.   Attached hereto as Exhibit 28 are true and correct copies of pertinent excerpts to the deposition of Michael DeMartini, taken on March 11, 2014, and admitted into evidence as exhibit 8 on March 28, 2014 in the malpractice arbitration proceeding. True and correct copies of the pertinent excepts to the March 28, 2014 reporter's transcript of proceedings admitting exhibit 8 are also attached hereto as Exhibit 28.

  9.   Attached hereto as Exhibit 29 are true and correct copies of pertinent excerpts to the reporter's transcript of proceedings, taken on March 26, 2014.

  10.   Attached hereto as Exhibit 30 are true and correct copies of pertinent excerpts to the reporter's transcript of proceedings, taken on March 27, 2014.

  11.   Attached hereto as Exhibit 31 are true and correct copies of pertinent excerpts to the reporter's transcript of proceedings, taken on April 24, 2014.

  12.   Attached hereto as Exhibit 32 is a true and correct copy of Cross-Respondents' Arbitration Closing Brief, filed on June 1, 2014.

  13.   Attached hereto as Exhibit 33 is a true and correct copy of the arbitration Award, dated July 30, 2014, and submitted to the parties via email on July 31, 2014. The amount of the Award exceeds $75,000.

  14.   AAA appointed Arbitrator Marshall, as the arbitrator for the bifurcated fees arbitration. She also agreed to serve as the arbitrator for the bifurcated malpractice arbitration and no party objected. Attached hereto as Exhibit 34 are true and correct copies of correspondence relating to the appointment of Arbitrator Marshall in the fees and malpractice arbitration.

  I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

  Executed on September 4, 2014 at San Francisco, California.

  _____
  Robert C. Gebhardt

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1005793.1                           2                          3:12-CV-03923-JCS
GEBHARDT DECLARATION ISO MOTION TO REOPEN AND VACATE ARBITRATION AWARD