1  COOPER, WHITE & COOPER LLP
   ROBERT C. GEBHARDT (SBN 48965)
2     rgebhardt@cwclaw.com
   SARAH J. BANOLA (SBN 223812)
3     sbanola@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California 94111
   Telephone:   (415) 433-1900
5  Facsimile:   (415) 433-5530

6  Attorneys for Defendants
   T. CHRISTOPHER JOHNS; and JOHNS AND
7  ALLYN, A.P.C.

8

9

10                    UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

| 13  MICHAEL DeMARTINI and RENATE DeMARTINI, | CASE NO. 3:12-CV-03929-JCS |
|---|---|
| 14                 Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO REOPEN CASE AND VACATE ARBITRATION AWARD** |
| 15       v. | |
| 16  THOMAS CHRISTOPHER JOHNS; JOHNS & ALLYN, A.P.C.; and DOES 1 TO 30, inclusive,, | Judge: Magistrate Judge Joseph C. Spero |
| 17 | Date:   November 21, 2014 |
| 18                 Defendants. | Time:   9:30 a.m. |
| | Courtroom: G |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1005985.1                                                                                        3:12-CV-03923-JCS
[PROPOSED] ORDER GRANTING MOTION TO REOPEN AND VACATE ARBITRATION AWARD

1   This matter came before the Court on November 21, 2014 before the Honorable Joseph C. Spero, United States Magistrate Judge, presiding, on Defendants Thomas Christopher Johns's and Johns & Allyn, A.P.C.'s Motion to Reopen and Vacate Arbitration Award. The Court has considered the moving papers, all papers in support and opposition thereto, the arguments of counsel, and the record, and based thereon, GRANTS the motion.

The portion of the July 30, 2014 Award issued by Arbitrator Marshall in an arbitration administered by the American Arbitration Association (AAA No. 7419448513 S1M) that awards $158,000 in damages and $19,100 in arbitration fees and costs to Plaintiffs Michael and Renate DeMartini based on the alleged failure to produce evidence in regard to mineral rights is hereby VACATED.

IT IS SO ORDERED.

Dated: _____, 2014

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1005985.1                                                                 3:12-CV-03923-JCS
[PROPOSED] ORDER GRANTING MOTION TO REOPEN AND VACATE ARBITRATION AWARD