ROBERT J. ROMERO (SBN: 136539)
EDWARD F. DONOHUE (SBN 112730)
DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants
THOMAS CHRISTOPHER JOHNS
and JOHNS & ALLYN, A.P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAY DEMARTINI, et al.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS CHRISTOPHER JOHNS, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-03929 JCS<br><br>[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL<br><br>Civil Local Rule 11-5 |

　　　Pursuant to the Notice of Withdrawal From Case and Substitution of Counsel for Defendants THOMAS CHRISTOPHER JOHNS and JOHNS & ALLYN, A.P.C. (collectively "JOHNS"), the Court hereby permits COOPER, WHITE & COOPER LLP to withdraw as counsel for JOHNS and the substitution of Robert J. Romero, Edward F. Donohue and David I. Dalby of HINSHAW & CULBERTSON LLP as JOHNS new counsel of record in the above named case.

　　　IT IS SO ORDERED

Dated: __2/3__, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge